# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **JAMES STARRY, JR.,** | : CIVIL ACTION NO. 1:16-CV-532 |
| **Plaintiff** | : (Chief Judge Conner) |
| v. | : |
| **UNITED STATES OF AMERICA,** | : |
| **Defendant** | : |

## **ORDER & JUDGMENT**

AND NOW, this 11th day of January, 2018, upon consideration of the complaint (Doc. 1), filed March 29, 2016, and following a bench trial held on September 27, 2017, and for the reasons set forth in the accompanying memorandum, it is hereby ORDERED that:

1. Judgment is ENTERED in favor of James Starry, Jr. and against the United States of America.

2. The United States of America shall pay damages for past medical expenses in the amount of $4,143.84 and damages for pain and suffering in the amount of $21,000.00 to James Starry, Jr.

3. The Clerk of Court is directed to CLOSE the case.

                                          /S/ CHRISTOPHER C. CONNER
                                          Christopher C. Conner, Chief Judge
                                          United States District Court
                                          Middle District of Pennsylvania